IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KELLY PINN,** *individually, and on behalf of others similarly situated,* § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:23-CV-251-L** |
| § § | |
| **TOGETHERHEALTH INSURANCE, LLC,** § § § | |
| Defendant. § § | |

## ORDER

On May 24, 2023, Defendant's Notice of Suggestion of Bankruptcy for *Benefytt Technologies, Inc.*, *et al.*, and Certain of Its Affiliates and Automatic Stay of Proceedings (Doc. 20) was filed. On May 23, 2023, Defendant filed for protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Case No. 23-90566 (CML). Pursuant to 11 U.S.C. § 362(a), an automatic stay is now in effect.

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the court **determines** that this case should be, and is hereby, **administratively closed**. The United States District Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. The parties are directed to report to the court in writing every **120 days** regarding the status of the bankruptcy proceedings.

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**Order – Page 1**

**It is so ordered** this 25th day of May, 2023.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**